# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1078
Lower Tribunal No. 04-379-M
_____

**James S. Mattson, et al.,**
Appellants,

vs.

**Monroe County, Florida, et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Andrew M. Tobin, P.A., and Andrew M. Tobin, for appellants.

Ashley Moody, Attorney General, and Timothy L. Newhall, Senior Assistant Attorney General (Tallahassee); Derek V. Howard, Assistant County Attorney; and Smith Hawks, PL, Barton W. Smith and Christopher B. Deem, for appellees.

Before FERNANDEZ, C.J., and EMAS, and SCALES, JJ.

PER CURIAM.

Affirmed.